# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3111 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN DARELL ZIEMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having sentenced the defendant and realizing that he has a short period of state time to serve,

IT IS ORDERED that:

(1)     I herewith release the defendant to the Lancaster County, Nebraska, law enforcement authorities so that he may serve his time in CR18-13471 in the County Court of Lancaster County, Nebraska.

(2)     The United States Marshals Service shall lodge a detainer and pick up the defendant when he has served his state time so that he may commence serving his federal time.

(3)     The Clerk's Office shall deliver a copy of this order to the United States Marshals Service.

DATED this 9th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge